# Third District Court of Appeal
## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1885
Lower Tribunal No. 2022-005032 CILB

————————————

**Roger Llaurado,**
Appellant,

vs.

**Department of Business and Professional Regulation,**
Appellee.

An Appeal from the Department of Business and Professional Regulation.

Roger Llaurado, in proper person.

Brooke Elizabeth Adams, Chief Appellate Counsel (Tallahassee), for appellee.

Before FERNANDEZ, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed.